JORDAN *et al.* v. MCBRIDE *et al.*

This case came before this court upon a writ of error from the superior court; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., and Atkinson and Gilbert, JJ., being in favor of an affirmance, and Beck, P. J., and Hill and Hines, JJ., being in favor of a reversal of the judgment, the judgment of the court below stands affirmed by operation of law.

No. 3819. FEBRUARY 16, 1924. REHEARING DENIED FEBRUARY 26, 1924.